**Helen Hooper, administratrix of the estate of Montgomery C. Hooper, deceased, appellant, v. Adams Express Company, appellee. Gen. No. 26,618.**

Action for damages for the wrongful death of plaintiff's intestate due to the negligence of defendant's servant in driving its horse and wagon. Judgment for defendant on an instructed verdict. Appeal from the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Reversed and remanded. Opinion filed December 30, 1921.

Litsinger, Healy & Reid, for appellant; James J. Finn, of counsel. Charles B. Elder, for appellee.

Mr. Justice Morrill delivered the opinion of the court.